UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BRIAN FISCHLER, Individually and on
behalf of all other persons similarly situated,

                              Plaintiff,

               -against-

SENTRY CENTERS HOLDINGS LLC,
d/b/a Convene,

                        Defendant.

------------------------------------------------------------X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED:_____7/11/2019_ |

19-CV-2465 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

      WHEREAS on May 29, 2019, the parties filed a proposed consent decree resolving this case, implicitly requesting that the Court approve the decree "and in doing so specifically adopt[] it and make[] it an Order of the Court," *see* Dkt. 9 at 11;

      WHEREAS on June 24, 2019 (Dkt. 10), the Court refused to adopt the proposed consent decree unless and until the parties either (a) filed their separate settlement agreement publicly or (b) submitted a satisfactory request to file the agreement under seal in accordance with Rule 5(A) of the undersigned's Individual Practices in Civil Cases;

      WHEREAS in the same order, the Court directed that this action would be dismissed with prejudice and without costs (including attorneys' fees) to either party on July 10, 2019 unless one or more parties filed a letter before that date requesting that the action not be dismissed; and

      WHEREAS no party has filed a letter requesting that this action not be dismissed or the separate settlement agreement referenced in their proposed consent decree,

IT IS HEREBY ORDERED THAT this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party.  The Clerk of Court is respectfully directed to terminate all open motions and close the case.


**SO ORDERED.**

**Date:  July 11, 2019**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**