# SUBJECT TO SEAL REQUEST
# FILED JULY 17, 2019